*John C. Hart, attorney-general*, and *C. D. Hill, solicitor-general*, contra.

---

## SNEAD *v.* THE STATE.

CANDLER, J.   While the evidence was conflicting, there was evidence to support the judgment of conviction, and that judgment will not be disturbed by this court.                    *Judgment affirmed.   By five Justices.*

Argued February 17, — Decided March 12, 1903.

Accusation ·of gaming.    Before Judge Covington.    City court of Moultrie.    February 2, 1903.

*Humphreys & Humphreys* and *W. M. Hammond*, for plaintiff in error.    *M. J. Pearsall, solicitor*, contra.